## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| WILLIAM MARTIN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 05-1029 |
| ) | |
| DONALD SNYDER, JR., GEORGE SCHULTZ,) | |
| AND ILLINOIS DEPARTMENT OF ) | |
| CORRECTIONS, ) | |
| ) | |
| Defendants. ) | |

### ORDER

Before the Court is Magistrate Judge Cudmore's Report and Recommendation [Doc. # 9], which addresses Defendants Snyder and Illinois Department of Corrections' ("IDOC") Motion to Dismiss [Doc. # 5]. The parties have not filed any objections within the ten (10) days allotted by 28 U.S.C. § 636(b)(1). Failure to object constitutes a waiver of any objections. See Johnson v. Zema Sys. Corp., 170 F.3d 734, 739 (7th Cir. 1999); Video Views Inc. v. Studio 21 Ltd., 797 F.2d 538 (7th Cir. 1986). Accordingly, the Court ADOPTS the Report and Recommendation of the Magistrate Judge.

IT IS THEREFORE ORDERED that Defendants' Motion is ALLOWED IN PART and DENIED IN PART. Plaintiff's 28 U.S.C. § 1983 claims against IDOC are DISMISSED. The motion is DENIED in all other respects.


Entered this  24th  day of August, 2005.


                                    s/ Joe B. McDade
                                    JOE BILLY McDADE
                             United States District Judge