IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| WILLIAM MARTIN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No.  05-CV-1029 |
| ) | |
| DONALD SNYDER, JR., et al., ) | |
| ) | |
| Defendants. ) | |

**REPORT AND RECOMMENDATION**

BYRON G. CUDMORE, U.S. MAGISTRATE JUDGE:

On January 27, 2005, Plaintiff filed his Complaint herein and paid all filing fees in full.  A summons was issued by the Office of the Clerk as to Defendant George Schultz.  However, the court file reflects that Plaintiff has not taken steps to perfect service on Defendant Schultz.  Federal Rule of Civil Procedure 4(m) directs that a Plaintiff must serve a Defendant within 120 days of filing of the Complaint.   On May 27, 2005, the 120 days for service lapsed.  Plaintiff was reminded of the need to perfect service on Defendant Schultz by this Court's text order of August 25, 2005 and advised if service was not perfected, the case as to Defendant Schultz was subject to dismissal for want of prosecution.  Plaintiff was given until

September 9, 2005 to accomplish service.  As of this date, Plaintiff has failed to comply with Rule 4(m) as to Defendant George Schultz. Therefore, the Court recommends that Plaintiff's Complaint as to Defendant George Schultz only, be dismissed for want of prosecution.

Plaintiff is advised that any objection to this Report and Recommendation must be filed in writing with the Clerk of the Court within ten working days after being served with a copy of this Report and Recommendation.  See 28 U.S.C. § 636(b)(1).  Failure to file a timely objection will constitute a waiver of objections on appeal.  <u>Video Views, Inc. v. Studio 21, Ltd.</u>, 797 F.2d 538, 539 (7th Cir. 1986).  See Local Rule 72.2.

ENTER:   November 9, 2005

    FOR THE COURT:    s/ Byron G. Cudmore

    _____
    BYRON G. CUDMORE
    UNITED STATES MAGISTRATE JUDGE