### UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| WILLIAM MARTIN,                    )<br>                                    )<br>        Plaintiff,                  )<br>                                    )<br>    v.                              )<br>                                    )<br> DONALD SNYDER, JR., ET AL.,        )<br>                                    )<br>        Defendants.                 ) | Case No. 05-1029 |

### ORDER

Before the Court is Magistrate Judge Cudmore's Report and Recommendation [Doc. # 14], which addresses Plaintiff's failure to serve Defendant George Schultz. The parties have not filed any objections within the ten (10) days allotted by 28 U.S.C. § 636(b)(1). Failure to object constitutes a waiver of any objections. See Johnson v. Zema Sys. Corp., 170 F.3d 734, 739 (7th Cir. 1999); Video Views Inc. v. Studio 21 Ltd., 797 F.2d 538 (7th Cir. 1986). Accordingly, the Court ADOPTS the Report and Recommendation of the Magistrate Judge.

IT IS THEREFORE ORDERED that Plaintiff's Complaint as it relates to Defendant George Schultz only is DISMISSED for want of prosecution.

Entered this   29th   day of November, 2005.


                                        s/ Joe B. McDade
                                       JOE BILLY McDADE
                                 United States District Judge